**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 96-1106**

-----

PETER JAMES ATHERTON,

Plaintiff - Appellant,

versus

ARLINGTON COUNTY BOARD; ARLINGTON COUNTY
MANAGER; BOARD MEMBERS; CHIEF OF POLICE OF
ARLINGTON COUNTY; OFFICER ALTMAN; COMMONWEALTH
ATTORNEY OF ARLINGTON COUNTY; ASSISTANT COM-
MONWEALTH ATTORNEY OF ARLINGTON COUNTY; THOMAS
MONROE, Circuit Court Judge; JAMES L. GILMORE,
Attorney General of Virginia,

Defendants - Appellees.

-----

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior
District Judge. (CA-95-1664-A)

-----

Submitted: December 19, 1996      Decided: December 30, 1996

-----

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

-----

Affirmed by unpublished per curiam opinion.

-----

Peter James Atherton, Appellant Pro Se.

-----

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief in his civil action challenging the constitutionality of a county ordinance and the propriety of his conviction and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny Appellant's motion for injunctive relief in which he seeks restoration of his driver's license and affirm on the reasoning of the district court. Atherton v. Arlington County Bd., No. CA-95-1664-A (E.D. Va. Dec. 13, 1995). Appellant's challenge to the jurisdiction of the county circuit court is without merit. See Va. Code Ann. § 19.2-258.1 (Michie 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED